650 A.2d 405

**Ludwig ZEMBA, Petitioner,**

v.

**STATE FARM INSURANCE COMPANIES.**

Supreme Court of Pennsylvania.

Oct. 12, 1994.

## ORDER

PER CURIAM:

AND NOW, this 12th day of October, 1994, the petition for allowance of appeal is GRANTED, the order of the Superior Court is reversed, and the matter is remanded to the Court of Common Pleas of Washington County for Proceedings consistent with *Terminato v. Pennsylvania Nat'l Ins. Co.*, 538 Pa. 60, 645 A.2d 1287 (1994).

MONTEMURO, J., is sitting by designation.